IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-115M-MPT |
| MAURICE J. HUNT and MARCUS S. JAMES, | : |
| Defendants. | : |

## MOTION TO DISMISS

NOW COMES the United States of America, by and through its undersigned attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby respectfully requests that the Court dismiss the Criminal Complaint against these defendants in the interest of justice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY:  /s/
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: December 27, 2005