AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

MAURICE J. HUNT

**WARRANT FOR ARREST**

CASE NUMBER: 05- 115mj-MPT

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest MAURICE J. HUNT, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

\_ Iudictment \_ Information **X** Complaint \_ Order of court \_ Violation Notice \_ Probation Violation Petition

**charging him with** (brief description of offense)

with intent to defraud, knowingly conspiring to pass and utter counterfeited obligations of the United States, e.g. counterfeit Federal Reserve notes, in violation of 18 U.S.C. § 472, all

in violation of Title __18__ United States Code, Section (s) __371__.

**Honorable Mary Pat Thynge**
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

October 3, 2005   Wilmington, Delaware
Date and Location

**Bail fixed at $** _____

by _____
Name of Judicial Officer

FILED
FEB 2 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____
Dismissed per Court Order

| DATE RECEIVED 10-3-05 | NAME AND TITLE OF ARRESTING OFFICER William David, USM | SIGNATURE OF ARRESTING OFFICER William d[...] |
|---|---|---|
| DATE OF ARREST 1-3-06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest